CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 15 2017

JULIA C. DUDLEY, CLERK
BY: /s/ F. Clark
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| MELINDA SCOTT, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:17CV_11_ |
| | ) |
| v. | ) ORDER |
| | ) |
| ANDREW CARLSON, | ) By: James P. Jones |
| | ) United States District Judge |
| Defendant. | ) |

The pro se plaintiff has submitted a written Application to Proceed in District Court without Prepaying Fees or Costs, along with a proposed Complaint. It appearing proper, it is **ORDERED** that the Application to Proceed in District Court without Prepaying Fees or Costs is GRANTED and the Clerk shall file the Complaint.

ENTER: March 15, 2017

/s/ James P. Jones
United States District Judge