## Certificate of Service

I, Melinda Scott, do hereby state under Oath that I have mailed a copy of my Complaint in case number \_\_\_\_\_2:17CV10011\_\_\_ to Andrew Carlson, 150 Willow Creek Avenue, Schenectady, NY 12304 on this \_\_6th\_\_ day of \_\_April\_\_ 2017.

Respectfully,

Melinda Scott