## Certificate of Service

I, Melinda Scott, do hereby state under Oath that I have mailed a copy of my Complaint in case number _____2:17CV10011___ to Andrew Carlson, 150 Willow Creek Avenue, Schenectady, NY 12304 on this _____ day of _____ 2017.

Respectfully,

Melinda Scott