AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 2:17CV10011

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
APR 20 2017
JULIA C. DUDLEY, CLERK
BY: /s/ *[signature]*
DEPUTY CLERK

This summons for *(name of individual and title, if any)* __Andrew Carlson__
was received by me on *(date)* __4/14/17__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Due to a Protective Order that I have against the Defendant, I sent it certified mail on April 14, 2017.

My fees are $ __7.00__ for travel and $ __8.84__ for services, for a total of $ __16.00__.

I declare under penalty of perjury that this information is true.

Date: __4/17/17__

*[signature]*
Server's signature

MELINDA L. SCOTT
Printed name and title

PO BOX 1133 - 2014PMB87 Richmond, VA 23218
Server's address

Additional information regarding attempted service, etc: