CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

APR 20 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Clerk of the Western District Court of Virginia
180 W Main Street
Room 104
Abingdon, Virginia 24210

RE: Summons in a Civil Action
    Summons for Case Number 2:17CV10011
    Summons for Case Number 2:17CV6

To the Clerk of the Western District Court of Virginia:

I incorrectly served the Summons on the Defendants in the above named cases. I am correcting my service of process as stated below. Please disregard my prior proof of service (page 2 of Summons) that I mailed before.

Pursuant to Federal Rules of Civil Procedure Rule 4(C)(3), I am requesting that the Court Order service of the Summons and Complaint to be made by a United States marshal or deputy marshal or by a person specially appointed by the Court. I have been granted to proceed *in forma pauperis* and therefore qualify to request this.

Please find enclosed three (3) new Summons. The Case numbers are 2:17CV10011 and 2:17CV6. Please place your signature and seal on these Summons and serve them with the appropriate Complaint on the Defendants that are named on the Summons.

Also, please note that I participate in Virginia's ACP program (Virginia Code 2.2-515.2). Please CONCEAL the above address from anything that you publish publicly on pacer.gov or otherwise. I have an active Protective Order against a Stalker.

Thank you,

*Melinda Scott*
Melinda Scott