CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY - 4 2017

JULIA C. DUDLEY, CLERK
BY
DEPUTY CLERK

IN THE WESTERN DISTRICT COURT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| Melinda Scott ) | |
| Plaintiff ) | |
| V ) | CL NO 2:2017-cv-10011 |
| Andrew Carlson ) | |
| Defendant ) | |

## Motion to Order Service

**COMES NOW** the Plaintiff, who has been granted leave to proceed *in forma pauperis,* and requests pursuant to Federal Rule 4(C)(3) that this Honorable Court Order Service of Process on the Defendants a Summons and Complaint in the above named case through a United States marshal or deputy marshal or by a person specially appointed by the Court.

I ASK FOR THIS

*Melinda Scott, pro-se*
PO BOX 1133-2014PMB87
Richmond, Virginia
540.692.2342