Melinda Scott
PO Box 1133
2014PMB897
Richmond VA 23218

Courthouse
Western District of VA
c/o Clerk
180 W Main St
Room 104
Abingdon, VA 24210





U.S. POSTAGE
PAID
MIDDLESBORO, KY
40965
JUN 15 17
AMOUNT
$1.19
R2305K142200-09

1000
24210