Melinda Scott, TCO
PO BOX 1133-2014PMB87
Richmond, Virginia 23218
*March 29, 2017*

Andrew Carlson
150 Willow Creek Avenue
Schenectady, NY ZIP 12304


RE:  Copyright Infringement


Mr. Carlson,


Between February 28, 2017 and March 8, 2017 you distributed three videos belonging to my company TCO on YouTube. You knew these videos belonged to my company exclusively because of their location on my YouTube channel and because my company logo was embedded into the videos.

When you distributed the videos you also used my company logo each time. The videos were removed on March 8, 2017 because of a Copyright claim I made through YouTube. These videos and my company logo are Copyright through 17 US Code §102.

After March 8, 2017 you re-distributed my videos using YouTube in violation of Copyright law. If you do not remove my videos in all form and fashion from your YouTube channel, TCO will proceed with litigation to recover additional damages for ongoing Copyright violations.

This is a letter pursuant to 17 US Code §501 to notify you that unless you remit $10,500 to TCO for *statutory damages* to cover each of the Copyright infringements you have committed, TCO will proceed with litigation in Federal Court. You can send a check to the address above to prevent litigation against you in Federal Court.


Sincerely,

Melinda Scott