This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

Retail

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE®

US POSTAGE PAID
$6.65

PRIORITY MAIL® 3-Day
B005

Origin: 12303
Destination: 24219
0 Lb 2.30 Oz
Jun 14, 17
3575360303-07
1006

Expected Delivery Day: 06/17/2017

USPS TRACKING NUMBER

9505 5108 4041 7165 1206 08

PRIORITY MAIL

FROM:
Andrew Carlson
150 Willowcreek Ave
Schenectady, NY 12304

TO:
U.S. District Court
PO Box 490
Big Stone Gap, VA 24219

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FOR DOMESTIC AND INTERNATIONAL USE

Label 228, March 2016

PRIORITY MAIL

DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only

IF USED INTERNATIONALLY,
CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP14F July 2013
OD: 12.5 x 9.5

0000 1000 0014

UNITED STATES POSTAL SERVICE®