USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
U.S. MARSHAL'S SERVICE
ROANOKE, VA
2017 MAY 15 A 8:39

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MELINDA SCOTT | 2:17CV10011 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ANDREW CARLSON | SUMMONS/COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ANDREW CARLSON
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
150 Willow Creek Avenue Schenectady, NY 12304

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

MELINDA SCOTT
2014PMB87
P O BOX 1133
RICHMOND VA 23218

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 26 2017
JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

SEE ATTACHED ORDER

JDIS case number: 2:17CV10011
Entered: 5/17/17
Forward district: 052 (please close)
Closed: 6/1/17

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
[signature] Kattie Dunsford, Deputy Clerk
TELEPHONE NUMBER: 276-628-5116
DATE: 5/9/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 084
District to Serve No.: 052
Signature of Authorized USMS Deputy or Clerk: [signature] Matthew Woods
Date: 5/17/17

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 06.01.2017
Time: 1447 hrs [ ] am [ ] pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 18.19 | 8.00 | 91.19 | | $0.00 |

REMARKS: 5/22/17 TO ALB for Service - JSC    34 miles round trip one Deputy.
Started 06.01.2017 at 1400hrs end time 1447hrs

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00