IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MELINDA SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:17CV10011 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ANDREW CARLSON,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

It appearing proper, Plaintiff's Motion to Strike (ECF No. 15) is DENIED. Defendant did not waive his right to file a Motion to Dismiss by asserting a response to the Complaint and a Motion to Dismiss in a single pleading.

The plaintiff must file a response to the Motion to Dismiss within 14 days of the receipt of a copy of this Order. If she fails to file a timely response, the court may grant the motion without further notice. It will be presumed that the plaintiff received a copy of this Order within 3 days of its mailing, unless she can show to the contrary.

It is so **ORDERED**.

ENTER: June 29, 2017

*/s/ James P. Jones*
_____
United States District Judge