# UNITED STATES DISTRICT COURT
## for the Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
JUL 24 2017
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

Melinda Scott
  Plaintiff

  v.                    Civil Action No. 2:17CV10011

Andrew Carlson
  Defendant

Letter from Defendant Requesting Jury Trial Addressed to Judge James P. Jones

I, Andrew Carlson, ask that if this lawsuit goes to trial, that it may be tried by a jury. I did not request it earlier because I thought I had to wait until the Judge ruled on whether to dismiss the case or not. Judge Pamela Sargeant said she does not know if I have a right to a jury trial since its a copyright infringement lawsuit. But if the court deems I do have a right to request a jury trial, then I request a jury trial.

Sincerely,
Andrew Carlson
Andrew Carlson
07/21/17
150 Willow Creek Avenue
Schenectady NY, 12304
518-388-0062