Andrew Carlson
150 Willow Creek Avenue
Schenectady, NY, 12304

United States District Court
Western District of Virginia
180 W. Main Street Room 104
Abingdon VA, 24210

24210-265129