# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP DIVISION

| | |
|---|---|
| **MELINDA SCOTT,** | )<br>) |
| Plaintiff, | ) Case No. 2:17CV10011<br>) |
| v. | ) **FINAL ORDER**<br>) |
| **ANDREW CARLSON,** | ) By: James P. Jones<br>) United States District Judge |
| Defendant. | ) |

In accord with the Opinion and Order entered herewith, it is **ORDERED** that Plaintiff's action is DISMISSED with prejudice. The Clerk shall close the case.

ENTER: August 21, 2017

/s/ James P. Jones
United States District Judge